IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **04-cv-1878-AP**

**WILLIAM GOTCHER,**

       Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

Pursuant to the Stipulation of Dismissal (doc. #13), filed May 12, 2006, this case is DISMISSED.

Dated this 16th day of May, 2006.

       BY THE COURT:

       S/**John L. Kane**
       Senior Judge, United States District Court